In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-140 CV


____________________



THERESA HAYNES, Appellant



V.



SUSAN ESCOBAR AND ARNOLD ESCOBAR, Appellees






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 04-02-01229-CV






 MEMORANDUM OPINION 


 On May 25, 2006, we notified the parties that the appeal would be dismissed for want
of prosecution unless the filing fee was paid and arrangements were made for filing the
record or the appellant explained why she needed time for filing the record. Appellant did
not respond. The appellant is not entitled to proceed without payment of costs. Tex. R. App.
P. 20.1. The filing fee not having been paid, and there being no satisfactory explanation for
the failure to file the record, the appeal is dismissed for want of prosecution. Tex. R. App.
P. 37.3(b). Costs are assessed against appellant.

 APPEAL DISMISSED.


 ____________________________

 CHARLES KREGER

 Justice



Opinion Delivered July 27, 2006 

Before Gaultney, Kreger and Horton, JJ.